# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **LARRY THOMAS, II,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **5:22-cr-00010-TES-CHW** |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is the Government's Unopposed Motion for Continuance [Doc. 18]. On February 9, 2022, the Grand Jury charged Defendant Larry Thomas with one count of Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). [Doc. 1, p. 1]. Defendant entered a plea of not guilty on May 16, 2022. [Doc. 12].

In its unopposed motion, the Government asserts that Defendant made an initial appearance only on May 16, 2022, and then two days later his case was set for a jury trial to begin during the June trial term. [Doc. 18, p. 1]. Because this provides Defendant only a short time to prepare for trial, the Government requests a continuance "to permit Defendant the opportunity to review discovery, prepare an effective defense, and prepare for trial with his appointed counsel." [*Id.* at p. 2]. The Government also argues that the extra time will "afford Defendant's counsel an opportunity for meaningful

investigation of the case and to discuss a possible resolution with counsel for the Government." [*Id.*].

Consistent with the Government's request, the Court **GRANTS** its Unopposed Motion for Continuance [Doc. 18] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—August 8, 2022. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(b)(i), (iv).

**SO ORDERED**, this 1st day of June, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**